ALSD Local 91 (Rev. 5/18)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>SEAN MICHAEL HOWELL<br><br>Defendant(s) | Case No. 18-mj-158 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 15, 2018-December 16, 2018 in the county of Mobile in the Southern District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A | Production of Child Pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA Carolyn Middleton, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: 12/20/2018

P. Bradley Murray
*Judge's signature*

Digitally signed by P. Bradley Murray
DN: cn=P. Bradley Murray, o, ou=United States Magistrate Judge,
email=bradley_murray@alsd.uscourts.gov, c=US
Date: 2018.12.20 13:29:41 -06'00'

City and state: Mobile, Alabama

P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*