IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT AGAINST SEAN MICHAEL HOWELL, TITLE 18, U.S.C. § 2252A. | Mag. No. __18-mj-158__<br><br>**Filed Under Seal** |

# AFFIDAVIT

## INTRODUCTION

I, Carolyn M. Middleton (hereafter Affiant), being duly sworn, hereby depose and say:

1. Affiant makes this affidavit in support of criminal complaint.

2. Affiant has been employed as a Special Agent of the Federal Bureau of Investigation since January 2003. While assigned to the FBI, Affiant has investigated and assisted with investigating federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography, violent incident crimes, financial crimes, narcotics investigations, counterintelligence, and counter terrorism. Affiant has gained experience through training at FBI Innocent Images On-line Basic Training Program in Linthicum, Maryland and working experience relating to conducting these types of investigations. Affiant has received training in the area of child pornography, child exploitation and violent crimes against children and has had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, Affiant is a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252A, 2422 and 2423, and is authorized by the Attorney General of the United States to request this arrest warrant.

3. Affiant respectfully submits that there is probable cause to believe that SEAN

MICHAEL HOWELL has made substantial steps to travel in interstate commerce to engage in illicit sexual conduct with a minor(s). Further, this affidavit will show evidence that HOWELL has violated Title 18, U.S.C. § 2252A, Production of Child Pornography. Affiant tenders this affidavit in support of a criminal complaint and application authorizing an arrest warrant of SEAN MICHAEL HOWELL, DOB: 09/30/1999, SSN: 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, workplace: Rambo's Skateland of Saraland located at 531 Saraland Blvd S, Saraland, AL 36571, last known residence 6405 Brindlewood Court, Mobile, AL 36608. This subject is currently in the custody of the State of Alabama at Mobile Metro Jail.

4. The statements contained in this affidavit are based in part on:

a. Information provided by FBI Special Agents;

b. Written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents;

c. The results of physical and electronic surveillance conducted by law enforcement agents;

d. Independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and

e. My training and experience as a Special Agent with the FBI.

5. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the foundation for the requested warrant.

## STATUTORY AUTHORITY

6. This investigation concerns alleged violations of 18 U.S.C. 2252A, relating to the production of child pornography, and is further described below:

(a) Any person who—

(1) knowingly transports or ships using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means including by computer or mails, any visual depiction, if—

(A) the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and

(B) such visual depiction is of such conduct.

## DEFINITIONS

7. The following definitions apply to this Affidavit:

   a. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

   b. "Child Pornography" includes any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct; (b) the visual depiction was a digital image, computer image, or computer-generated image that is, or is indistinguishable

3

from, that of a minor engaged in sexually explicit conduct; or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. 2256(8).

c. "Computer passwords and data security devices" consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates what might be termed a digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perfom1 certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

d. "Computer-related documentation" consists of written, recorded, printed, or electronically stored material that explains or illustrates how to configure or use computer hardware, computer software, or other related items.

e. "Computer software" is digital information that can be interpreted by a computer and any of its related components to direct the way it works. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

f. "Minor" means any person under the age of 18 years. See 18 U.S.C. § 2256(1).

4

g. "Sexually explicit conduct" applies to visual depictions that involve the use of a minor, *see* 18 U.S.C. § 2256(8)(A), or that have been created, adapted, or modified to appear to depict an identifiable minor, *see* 18 U.S.C. § 2256(8)(C). In those contexts, the term refers to actual or simulated (a) sexual intercourse (including genital-genital, oral-genital, or oral-anal), whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person. *See* 18 U.S.C. § 2256(2)(A).

h. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. *See* 18 U.S.C. § 2256(5).

i. The terms "records," "documents," and "materials" include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing); or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, Bernoulli drives, or

electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

## BACKGROUND ON COMPUTERS AND CHILD PORNOGRAPHY

8. Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, computers, computer technology, and the Internet have revolutionized the manner in which child pornography is produced and distributed.

9. Computers basically serve four functions in connection with child pornography: production, communication, distribution, and storage.

10. Child pornographers can transpose photographic images from a camera into a computer-readable format with a scanner. With digital cameras, the images can be transferred directly onto a computer. A modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Through the Internet, electronic contact can be made to literally millions of computers around the world.

11. The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media (commonly referred to as the hard drive) used in home computers has grown tremendously within the last several years. These drives can store thousands of images at very high resolution.

12. The Internet affords collectors of child pornography several different venues for obtaining, viewing and trading child pornography in a relatively secure and anonymous fashion.

13. Collectors and distributors of child pornography also use online resources to retrieve and store child pornography, including services offered by Internet Portals (IPs) such as

Yahoo! and Gmail, among others. The online services allow a user to set up an account with a remote computing service that provides e-mail services as well as electronic storage of computer files in any variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of child pornography is often found on the user's computer. Even in cases where online storage is used, however, evidence of child pornography can be found on the user's computer in most cases.

14. As with most digital technology, communications made from a computer are often saved or stored on that computer. Storing this information can be intentional, for example, by saving an e-mail as a file on the computer or saving the location of one's favorite websites in "bookmarked" files. Digital information can also be retained unintentionally. Traces of the path of an electronic communication may be automatically stored in many places, such as temporary files or TSP client software, among others. In addition to electronic communications, a computer user's Internet activities generally leave traces in a computer's web cache and Internet history files. A forensic examiner often can recover evidence that shows whether a computer contains peer-to-peer software, when the computer was sharing files, and some of the files that were uploaded or downloaded. Such information is often maintained indefinitely until overwritten by other data.

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

15. On December 16, 2018, the Saraland Police Department (SPD) in Saraland, AL received a walk-in complaint from Mobile, AL resident ▉▉▉▉ that her 10 year old son, hereafter referred to as ▉▉▉ was being sexually abused by SEAN MICHAEL HOWELL. ▉▉▉ was present for the complaint and ▉▉▉ asked ▉▉▉ to tell the officers everything.

7

16. On December 15, 2018 ▓ did not want to go to Rambo's Skateland, which struck ▓ as unusual as ▓ typically looked forward to going there on the weekends. ▓ pressed ▓ for an explanation as to why he did not wish to go on this date. At that time, ▓ disclosed to her HOWELL had been sodomizing him at Rambo's Skateland and at a hotel in Mobile, AL, which prompted ▓ to immediately report the incidents to SPD.

17. ▓ advised SPD officers he met HOWELL during the summer of 2018 while ▓ was a patron at the Rambo's Skateland located at 531 Saraland Blvd S, Saraland, AL 36571, where HOWELL was working at Rambo's Skateland as a manager.

18. ▓ told officers that while he was at Rambo's Skateland and other locations in Mobile, AL, he had his anus penetrated by a grown up man's penis. ▓ then stated that this was being done to him by HOWELL. According to ▓ the sexual assaults regularly took place in the office at Rambo's Skateland after the facility had closed for business.

19. ▓ told SPD officers that about a month or two ago she allowed her son, ▓ to stay the night with ▓ friend, hereafter indicated in this affidavit as ▓ who is an 11 year old boy. ▓ and ▓ believed ▓ was the younger brother of HOWELL. On that day, ▓ dropped ▓ off at Rambo's Skateland, where HOWELL took custody of ▓ ▓ told officers that HOWELL took he and ▓ to a hotel in Mobile, AL near a mall. ▓ was unable to provide any specific information about the hotel, but stated they went to a Taco Bell and a Wal-Mart Neighborhood Market very near the hotel with HOWELL on the same date. ▓ went on to tell SPD officers that once inside the hotel room, HOWLL engaged in sex acts with ▓ and ▓

20. ▓ told SPD officers HOWELL has put his penis in ▓ anus at least seven

8

times. HOWELL put his penis into ▇ anus once at the hotel and the other incidents occurred at Rambo's Skateland. Each time, HOWELL told ▇ to wipe himself off before coming into the office at Rambo's Skateland and that he did not want ▇ to get too sweaty while skating. ▇ informed SPD officers that the last time HOWELL put his penis in ▇ anus was on Saturday, December 8, 2018 at Rambo's Skateland in the office.

21. ▇ told SPD officers that the first time he saw HOWELL with a "boner" was the same day HOWELL took ▇ and ▇ to the hotel in Mobile, AL. ▇ could not recall the exact date they had gone to the hotel, but that it was around his birthday in mid-October 2018. HOWELL told ▇ and ▇ the three of them would celebrate their birthdays at the hotel. Before going to the hotel, ▇ dared HOWELL to pull his pants down, but not his underwear, and run around. ▇ stated HOWELL then pulled his pants and underwear down, grabbed his penis and held it in front of the boys. ▇ then went on to say that shortly thereafter HOWELL took the boys to a hotel close to the Hollywood Theater in Mobile, AL. After arriving at the hotel they dropped their bags off in the room and went to a Wal-Mart Neighborhood Market in Mobile, AL nearby the hotel. While at the Wal-Mart Neighborhood Market, they purchased soap and items needed to make hot chocolate. On the way back to the hotel, they stopped at a Taco Bell in Mobile, AL near the hotel and purchased food. Upon returning to the hotel room, HOWELL, ▇ and ▇ took a shower together and all three were naked. ▇ stated HOWELL washed ▇ and ▇ thoroughly using only his hands. ▇ described HOWELL as having a "boner" after HOWELL got out of the shower. After all three got out of the shower, ▇ witnessed HOWELL get on top of ▇ on the bed and stick his penis into ▇ anus with no bed covers over them. After about three minutes of anal penetration, ▇ told HOWELL it was

9

hurting him and he did not want to do it anymore, at which time HOWELL stopped. At that time HOWELL told ▇ to come over to him. HOWELL was lying on his back on the bed and told ▇ to sit on his penis thereby penetrating ▇ anus with HOWELL'S penis and "go up and down." ▇ stated he was facing HOWELL during the encounter and after about five minutes ▇ got off of HOWELL on his own. Afterward, HOWELL and the two boys went to sleep and no further sexual activity occurred while at the hotel. This incident was the first sexual encounter ▇ had with HOWELL. ▇ told officers HOWELL never seemed nervous while engaged in these sex acts with the boys at the hotel.

22.  ▇ told SPD officers that on several occasions following the hotel incident in Mobile, AL, he engaged in other sex acts with HOWELL. While at Rambo's Skateland with the boys, HOWELL frequently told ▇ not to get too sweaty while skating. On eight occasions, HOWELL told ▇ to meet HOWELL in the office at Rambo's Skateland, but ▇ only actually went into the office on seven occasions. ▇ estimates HOWELL put his penis in ▇ anus approximately seven times and put his penis in ▇ mouth two times. All of the encounters between ▇ and HOWELL in the office at Rambo's Skateland occurred on Saturdays.

23.  On one occasion in the office at Rambo's Skateland, HOWELL instructed ▇ to go wipe his butt because HOWELL did not want to get anything on his penis. ▇ went on to say HOWELL then spit on his fingers and put his penis into ▇ "butthole" while ▇ was bent over a bench in the office at Rambo's Skateland. According to ▇ there were other such incidents between he and HOWELL and that sometimes HOWELL would push ▇ to bend over the bench in the office at Rambo's Skateland and other times ▇ bent over the bench on his own. ▇ described the bench as having wrenches and other tools on its surface. ▇ old

officers HOWELL never wore a condom when HOWELL put his penis in his anus. ▮ stated HOWELL never ejaculated inside his anus, but HOWELL would pull his penis out of ▮ anus and masturbate into a tissue and then show ▮ his semen on the tissue. ▮ told officers that his anus bled the last time he and HOWELL had sexual interaction.

24. ▮ advised officers HOWELL had also put his penis in ▮ mouth during these encounters in the office at Rambo's Skateland. ▮ could recall two incidents in which HOWELL put ▮ penis in his mouth, during which HOWELL asked ▮ if it felt good. HOWELL touched ▮ penis with his hands approximately four times while HOWELL was masturbating in front of him. On one occasion while HOWELL's penis was inside ▮ anus, HOWELL reached around and grabbed ▮ penis.

25. ▮ advised officers ▮ had been in the office with he and HOWELL for these sexual encounters four times and ▮ actually participated in the sex acts with ▮ and HOWELL on two occasions.

26. HOWELL told ▮ had videos of his sexual encounters with ▮ and ▮ but he could not show ▮ the videos.

27. ▮ told officers he has not told anyone about the sexual encounters with HOWELL because he was afraid HOWELL would hurt him if he did so.

28. On December 16, 2018, SPD officers interviewed HOWELL. HOWELL provided a statement to officers during which HOWELL admitted to having multiple sexual encounters with ▮ and ▮ HOWELL stated he had met the boys earlier that year while working at Rambo's Skateland in Saraland, AL as a manager. HOWELL told officers he was sorry about the sexual encounters and that he knew he let their relationships go too far. Based

11

upon consistencies between ▇ and HOWELL'S statements made to SPD officers, SPD officers placed HOWELL under arrest for multiple criminal charges associated with the sexual assault of ▇ and ▇ and read him his Miranda rights. HOWELL told officers he understood his rights and said he would like to speak with the officers without an attorney present.

29. HOWELL told SPD officers that ▇ was "basically (his) little brother," that ▇ lived in Mobile, AL and stated several times that ▇ "means everything to him." When asked about ▇ HOWELL appeared nervous to SPD officers and told officers there were dares between he and the boys that "had gone too far and got bad." HOWELL admitted to pulling his pants down and running around, but then said he told ▇ and ▇ they should not be doing things like that. When asked by SPD officers if anything else happened between he an ▇ and/or ▇ HOWELL began to cry and shake almost uncontrollably.

30. During his interview with SPD officers, HOWELL said on one occasion he took the ▇ and ▇ to a hotel in Mobile, AL near the airport, which may have been a Hampton Inn. HOWELL described taking the boys to Wal-Mart and then to Taco Bell near the hotel on the same day. When asked by officers about taking a shower with ▇ and ▇ at the hotel, HOWELL told officers that it was ▇ idea for the three of them to get into the shower together and that ▇ was "a very cuddly person." HOWELL admitted to officers that he did thoroughly bathe both boys in the shower at the hotel and that he washed their genitals with his hands. HOWELL admitted to officers he had anal sex with ▇ and ▇ without using a condom. HOWELL advised officers he told ▇ and ▇ that if they felt uncomfortable they could stop. HOWELL said when he had intercourse with ▇ HOWELL was on top. HOWELL said when he had intercourse with ▇ ▇ was on top "riding him."

31. When asked by SPD officers about interactions he had with the ▇ and ▇ at Rambo's Skateland, HOWELL stated he had made a deal with the boys that if they helped him clean the skating rink after hours, he would let them skate for free. HOWELL said that from time to time the boys would come to the back office at Rambo's Skateland with him. When asked about telling ▇ to wipe his butt, HOWELL hesitated and then told officers about his sexual encounters with ▇ and ▇ in the office at Rambo's Skateland. HOWELL told officers he used a particular workbench in the office when engaged in sex acts with ▇ and ▇ because the surveillance camera in the office did not cover that area of the office. HOWELL admitted to putting his penis in ▇ butt and mouth. HOWELL also told officers he put ▇ penis into his mouth. HOWELL could not recall the exact number of sexual encounters he had with ▇

32. During his interview with SPD officers, HOWELL advised he had sexual encounters with ▇ "around five times" at the skating rink. HOWELL said he put his penis in ▇ mouth about five times and put ▇ penis in his mouth and unknown number of times. HOWELL told officers he put his mouth/tongue on ▇ anus ten times and stuck his finger in ▇ anus "maybe once." HOWELL said he let ▇ put his penis in HOWELL's butt. HOWELL advised officers during his interview he had recorded his sexual encounters with ▇ multiple times "because ▇ wanted him to." HOWELL said the last time he and ▇ had a sexual encounter was "about a week ago." HOWELL told officers he was a good person and that ▇ would die if he were not allowed to see HOWELL anymore and that HOWELL should have never let the dares get to that point. HOWELL told officers he knows he did wrong.

33. While in custody, HOWELL provided officers verbal authority to look through his cell phone, an Apple iPhone X, and provided officers the passcode for the phone. While looking

13

through the phone, SPD officers saw a photo of a child with HOWELL. When asked, HOWELL identified the child as ▬ Officers noted approximately twenty videos involving sexual interactions with a child believed by officers to be ▬ The videos involving the child believed to be ▬ depicted anal penetration of the child with penis, a Sharpie highlighter, as well digital penetration of the child's anus.

34. While searching through the photos on HOWELL's phone, an SPD officer observed several other sexually graphic photos and videos depicting what the officer believed to be child pornography. The officer saw several "facetime" videos in which HOWELL displayed his genitals to a child. Officers counted approximately thirteen videos of HOWELL touching and/or masturbating himself while a child is present in the room. There were seven videos of an unknown, white, prepubescent male depicting nudity and two still photos of the child in the nude. Four photos of prepubescent females with their vaginas exposed were found on the phone as well. Officers observed approximately nineteen "facetime" videos containing a prepubescent male, identified only as '▬' in which HOWELL is showing ▬ his genitals.

35. On December 20, 2018 your affiant conducted an open internet search to establish the location where Apple produces and assembles its iPhone X products. According to multiple internet-based computer publications including Apple.com, the components that, when put together make an iPhone X are manufactured all in several international locations to include Thailand, Malaysia, the Czech Republic, South Korea, Singapore and the Philippines. The components are then assembled in China.

36. On December 17, 2018, SPD officers interviewed ▬ an 11 year old boy, at which time ▬ stated he met HOWELL through a friend at Rambo's Skateland in Saraland, AL.

14

███ provided details to officers about having sexual encounters with HOWELL and said HOWELL had done "a lot of inappropriate stuff" that was difficult for ███ to talk about. ███ was unable to recall the exact number of times he and HOWELL had sexual encounters, but advised that HOWELL would give him things in exchange for sexual favors. ███ told officers he did not know what to call the acts he and HOWELL did, but he heard HOWELL call it "doggy style." ███ described HOWELL as a nice and respectful person, then stated HOWELL would get mad at him and spank him, but HOWELL would not stay mad long.

37. ███ informed SPD officers HOWELL would "bribe" him to do sexual things. HOWELL bought ███ a $500.00 bicycle and $200 skates, and took ███ out to eat on occasion. HOWELL once took ███ to the beach and took ███ camping once, but nothing inappropriate happened at the beach or while camping. ███ told officers he believes HOWELL uses his position at the skating rink to "look at all of the little boys," but that he only knows of he and ███ being taken into the office at Rambo's Skateland for sexual encounters with HOWELL. ███ did not recall how many times HOWELL had "done inappropriate things to (him)" at the skating rink, but he recalled HOWELL would always tell ███ and ███ not to get too sweaty while at the skating rink. ███ was compliant with HOWELL's sexual advances because he did not know what HOWELL would do if he refused. ███ stated HOWELL would call him back into the office at the skating rink and tell him to bend over the work bench to engage in sex acts. HOWELL told ███ that the cameras cannot see the work bench area of the office at Rambo's Skateland. ███ told officers that on multiple occasions, HOWELL stuck his penis in ███ mouth and anus. Also, on one occasion, HOWELL instructed ███ to stick a Sharpie highlighter up ███ anus. ███ said that after he attempted to stick the Sharpie highlighter up his anus,

15

HOWELL then took the highlighter into his own hand and attempted to advance the highlighter further into ▮ anus. ▮ told officers HOWELL once showed him a website on HOWELL's cell phone that displayed "little boys having sex."

38.  ▮ could not recall for officers exactly what happened between ▮ and HOWELL, but remembered ▮ telling HOWELL "it hurts" on two or three separate occasions during sexual encounters with HOWELL.

39.  ▮ told SPD officers that on one occasion HOWELL visited ▮ at his home in Mobile, AL. While alone in ▮ room with HOWELL, ▮ called HOWELL a "raper," which upset HOWELL. Right after that, HOWELL forced his penis into ▮ anus. ▮ stated that he then began to cry "softly" so his parents would not hear from the other room.

40.  ▮ described for officers an incident in which HOWELL brought ▮ and ▮ to a hotel in Mobile, AL to perform a "threesome." ▮ told officers he did not know what that meant at the time, but that HOWELL assured them they were just going to hang out and have fun. ▮ stated that on the same day they went to a store to buy ingredients to make hot chocolate and then went to Taco Bell before going back to the hotel. While drinking hot chocolate, HOWELL suggested all three of them get into the shower together. While in the shower with ▮ and ▮ HOWELL used soap and his hands to thoroughly bathe both of the boys, including their genitals. After they exited the shower, HOWELL told the boys he would take them to get something to eat the next day if they would have sex with him. ▮ agreed because he did not know how HOWELL would react if he refused. ▮ said HOWELL performed anal and oral sex, first to him, then to ▮ while at the hotel. ▮ told officers that while engaged in sex with HOWELL at the hotel, ▮ was on the bottom, but ▮ was on top.

After having sex with both of the boys, HOWELL and both boys went to sleep and no further sexual activity occurred at the hotel.

## CONCLUSION

41. Based on the foregoing, your Affiant respectfully submits there is probable cause to believe that SEAN MICHAEL HOWELL, has taken substantial steps to conspire to produce child pornography, thereby in violation of 18 U.S.C. § 2252A. Therefore, your affiant respectfully requests a warrant be issued authorizing the arrest of SEAN MICHAEL HOWELL.

Carolyn M. Middleton
Special Agent, FBI
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS __20th__
DAY OF DECEMBER 2018

P. Bradley Murray
Digitally signed by P. Bradley Murray
DN: cn=P. Bradley Murray, o, ou=United States Magistrate Judge,
email=bradley_murray@alsd.uscourts.gov, c=US
Date: 2018.12.20 13:36:01 -06'00'

P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

17