## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| Plaintiff, | | |
| v | * | **CRIMINAL NO. : CR-19-13** |
| **SEAN HOWELL** | | |
| Defendant. | * | |

### RULE 12.2 NOTICE OF AN INSANITY DEFENSE

COMES NOW the Defendant, Sean Howell, by and through the undersigned counsel, Dennis J. Knizley, and respectfully gives notice of the defendant's intent to assert the defense of insanity at the time of the alleged offense.

Respectfully submitted,

/s/ Dennis J. Knizley
Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone:  (251) 432-3799

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of October, 2020, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Katherine Chappelear.

/s/ Dennis J. Knizley