IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No.   19-00013-CG |
| | * | |
| vs. | * | |
| | * | |
| SEAN MICHAEL HOWELL | * | |

GOVERNMENT'S POSITION RELATING TO
PRESENTENCE INVESTIGATION REPORT AND GUIDELINE FACTORS

COMES NOW the United States of America, by and through its attorney, Richard W. Moore, the United States Attorney for the Southern District of Alabama, and responds as follows to the presentence investigation report and guideline factors and calculations contained therein:

The United States understands that the draft presentence investigation will be amended to include the mandatory special assessment pursuant to 18 U.S.C. § 3014.  Subject to that amendment, the United States has no objection to the presentence investigation filed herein and adopts the application and determination of sentencing factors and the guidelines calculations contained therein.

WHEREFORE, the Government files its response to the presentence investigation report and the guideline computations contained therein.

        Respectfully submitted,
        RICHARD W. MOORE
        UNITED STATES ATTORNEY
        by:

        */s/ Kacey Chappelear*
        Kacey Chappelear
        Assistant United States Attorney
        United States Attorney's Office
        63 South Royal Street, Suite 600

Mobile, Alabama    36602
Telephone: (251) 441-5845
Facsimile:   (251) 441-5277