## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| **vs.** | * | CR-19-13 |
| | * | |
| **Sean Howell,** | * | |
| | * | |
| | * | |

### MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS

COMES NOW the Defendant, Sean Howell, by and through the undersigned counsel, Dennis J. Knizley and respectfully moves this Honorable Court for an extension of time to file position with respect to sentencing factors and grounds therefore states as follows:

1. The defendant's position with respect to sentencing factors is due today, January 27, 2021.

2. Undersigned counsel attempted to communicate and review the pre-sentence report with the defendant in this case this week.

3. Undersigned counsel was informed the defendant was being housed at the Escambia County jail. However, upon contacting jail authorities, they indicated Mr. Howell was not being housed at that facility.

4. Subsequently, counsel confirmed with the Marshal's office that Mr. Howell was in fact at that facility.

5. After further communication with the Escambia County Sheriff's office, they reversed their position stating in fact Mr. Howell was there. Arrangements to visit in person were attempted. However, counsel was informed that Escambia County Jail was not allowing in-person attorney visits because of COVID-19 circumstances.

6. Undersigned counsel then attempted to arrange video communications with Mr. Howell and was informed by the Escambia County jail that the video would be conducted by ICSolutions. When counsel attempted to join the Escambia County facility on the ICSolutions, it was determined that Escambia County was in fact not on the

ICSolutions network.

7. Upon further inquiry to the Escambia County jail, it was determined that any video conference with an inmate would be by way of Inmatesales.com.

8. Upon further investigation, it was determined that any conference on this system would not be confidential, but in the same dormitory with other inmates and there would be no confidentiality in regards to the review of the pre-sentence investigation.

9. Mr. Howell's conviction involves highly sensitive factual allegations, which a discussion thereof would be impractical in the presence of other inmates.

10. The undersigned counsel has inquired as to the transportation of the defendant to the Southern District of Alabama marshals lockup for a personal interview with the defendant but has yet to receive confirmation on when such personal interview can take place.

WHEREFORE, premises considered, the Defendant respectfully moves this Honorable Court for an extension of seven days to file defendant's position with respect to sentencing factors and for such other, further and different relief, premises considered.

Respectfully submitted,

/s/Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, AL 36602
Phone: (251) 432-3799
Fax: (251) 432-4539

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kacey Chappelear
Assistant U.S. Attorney                                Respectfully submitted,
                                                                /s/ Dennis J. Knizley