## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs | *   Case No.:CR-19-13 |
| | * |
| **SEAN HOWELL** | * |
| | * |

### POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, Sean Howell, by and through his attorney, Dennis J. Knizley, and states his position with respect to sentencing factors set forth in the Pre-sentence Report:

1. The defendant objects to paragraph 34.  Specific Offense Characteristics. The defendant objects to the four level increase and denies sadistic, masochistic, or violent conduct was portrayed in the pornographic material.

2. The defendant objects to paragraph 35.  Specific Offense Characteristics. The defendant objects to the two level increase and denies that the minor depicted was in the custody, care or supervisory control of the defendant.

3. The defendant objects to paragraph 36.  Specific Offense Characteristics. The defendant objects to the two level increase and denies the use of a computer to solicit the participation of a minor in sexually explicit conduct.

4. The defendant objects to paragraph 44.  Specific Offense Characteristics. The defendant objects to the four level increase and denies sadistic, masochistic, or violent conduct was portrayed in the pornographic material.

5. The defendant objects to paragraph 45.  Specific Offense Characteristics. The defendant objects to the two level increase and denies that the minor depicted was in the custody, care or supervisory control of the defendant.

6. The defendant objects to paragraph 46.  Specific Offense Characteristics. The defendant objects to the two level increase and denies the use of a computer to solicit the participation of a minor in sexually explicit conduct.

7. The defendant objects to paragraph 52. Adjusted Offense Level. The adjusted offense level should be 38.

8. The defendant objects to paragraph 54. Combined Adjusted Offense Level. The combined adjusted offense level should be 40.

9. The defendant objects to paragraph 58. Total Offense Level. The total offense level should be 37.

10. The defendant objects to paragraph 82. Guideline Provisions. Based on a total offense level of 37 and a criminal history category of I the guideline imprisonment range is 210-262 months.

/s/ Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone: (251) 432-3799
Fax:    (251) 432-4539
E-Mail: djknizley@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 3rd day of February 2021 served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Katherine Chappelear.

/s/Dennis J. Knizley
Attorney for the Defendant